THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MATIOS LEYLEGIAN and NISHAN SARKISIAN, Appellants.

(Argued January 24, 1935; decided February 26, 1935.)

*Joab H. Banton, Robert S. Johnstone, George Gordon Battle, Harry C. Kane* and *Stanley L. Richter* for appellants.

*William Copeland Dodge,* District Attorney (*Felix C. Benvenga, Alexander H. Kaminsky, Erwin N. Schapira* and *Joseph Cohn* of counsel), for respondent.

As to each defendant, judgment of conviction affirmed; no opinion. (See 266 N. Y. 636.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.